```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  ANGELA L. SCOTT
    VINCENZA RABENN
 3  Assistant United States Attorney
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099
 6
    Attorneys for Plaintiff
 7  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:17-mj-00046-JLT |
|---|---|
| Plaintiff, | 5:17-mj-00045-JLT |
| | 5:17-mj-00043-JLT |
| v. | 5:17-mj-00047-JLT |
| | 5:17-mj-00048-JLT |
| TOMMIE THOMAS, | 5:17-mj-00044-JLT |
| WILLIAM THOMAS, | 5:17-mj-00050-JLT |
| DANNY WILLIS, | 5:17-mj-00052-JLT |
| GARY PIERSON, | 5:17-mj-00051-JLT |
| LADAIREUS JONES, | 5:17-mj-00049-JLT |
| BERNARD WARREN, | |
| MANUEL CRUZ, | [~~PROPOSED~~] ORDER TO UNSEAL COMPLAINT, |
| LUIS FERNANDEZ, | ARREST WARRANTS, AND AFFIDAVIT |
| BRYSHANIQUE ALLEN, | |
| MYRON DEWBERRY, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

DATED: December 12, 2017

*/s/ Jennifer L. Thurston*
Jennifer L. Thurston
U.S. Magistrate Judge

ORDER UNSEALING COMPLAINTS